AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ))))))))))))) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

 

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ADDITIONAL DEFENDANTS FOR SUMMONS

AGC CHEMICALS AMERICAS, INC.
Via email to: agccaservice@crowell.com

AMEREX CORP.
Via email to: lkerrigan@kmcllaw.com ; mtrevino@maynardnexsen.com

ARCHROMA US, INC
Via email to: robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; janicestafford@parkerpoe.com; peter.farrell@kirkland.com; ArchromaUS_AFFFMDL_Service@kirkland.com

ARKEMA, INC
Via email to: AFFFArkemaService@sidley.com

BASF CORPORATION
Via email to: BASF-AFFF-Service@dlapiper.com

BUCKEYE FIRE EQUIPMENT COMPANY
Via email to: BuckeyeAFFFservice@gastonlegal.com

CARRIER GLOBAL CORPORATION
Vie email to: KiddeDefendantsAFFF@daypitney.com

CHEMDESIGN PRODUCTS, INC.
Via email to: CDPI-AFFFMDLService@grsm.com

CHEMGUARD
Via email to: mdlafff@jci.com and afffservice@wc.com

CHEMICALS, INC.
Via email to: otwaddell@goldbergsegalla.com; jparker@goldbergsegalla.com

THE CHEMOURS COMPANY, LLC
Via email to: dbdwerlkotte@shb.com; jhackman@shb.com;sdrum@shb.com

THE CHEMOURS COMPANY FC, LLC
Via email to: dbdwerlkotte@shb.com; jhackman@shb.com;sdrum@shb.com

CHUBB FIRE, LTD.
Via email to: Chubb_Service_AFFFMDL@bclplaw.com

CLARIANT CORPORATION
Via email to: robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; and janicestafford@parkerpoe.com

CORTEVA, INC.
Via email to: AFFFservice@bartlitbeck.com

DEEPWATER CHEMICALS, INC.
Via email to: Deepwater_AFFF_Service@shb.com

DUPONT DE NEMOURS, INC.
Via email to: AFFFservice@bartlitbeck.com

E.I. DU PONT DE NEMOURS & CO.
Via email to: dbdwerlkotte@shb.com; jhackman@shb.com;sdrum@shb.com

DYNAX
Via email to: dynaxservice@smithlaw.com

KIDDE, PLC., INC.
Via email to: KiddeDefendantsAFFF@daypitney.com

NATION FORD CHEMICAL COMPANY
Via email to: NationFord@wbd-us.com

NATIONAL FOAM, INC.
Via email to: NationalFoam_Service_of_Process@gtlaw.com

TYCO FIRE PRODUCTS, L.P SUCCESSOR IN INTEREST TO THE ANSUL COMPANY Via email to: mdlafff@jci.com and afffservice@wc.com

UNITED TECHNOLOGIES CORPORATION
Via email to: KiddeDefendantsAFFF@daypitney.com

UTC FIRE & SECURITY AMERICAS CORPORATION, INC.
Via email: KiddeDefendantsAFFF@daypitney.com